JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Amanda U. Ajuluchuka-Levy,** | **CASE NO. SACV 09-815 DOC (ANx)** |
| Plaintiff(s), | |
| v. | **O R D E R DISMISSING COMPLAINT WITHOUT PREJUDICE** |
| **Kentucky Fried Chicken and Yum! Brand, Inc.,** | |
| Defendant(s). | |

On October 7, 2009, this Court issued an Order Requiring Security prohibiting Plaintiff Amanda U. Ajuluchuka-Levy ("Plaintiff") from proceeding against Kentucky Fried Chicken and Yum! Brand, Inc. ("Defendants") prior to the filing of a security in the amount of $5,000.00 in legitimate funds as to each Defendant. The Court instructed Plaintiff that her failure to post the security as to either Defendant by October 27, 2009 would result in dismissal of her Complaint without prejudice as to that Defendant. Plaintiff did not post security as to either Defendant by October 27, 2009. Accordingly, Plaintiff's Complaint is DISMISSED in its entirety without prejudice.

IT IS SO ORDERED.

DATED: October 28, 2009

_____
DAVID O. CARTER
United States District Judge